IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RAYMOND STOKES, | : | CIVIL ACTION |
| Petitioner. | : | |
| | : | |
| v. | : | |
| | : | |
| FRANKLIN J. TENNIS et al., | : | NO. 08-3753 |
| Respondents. | : | |

ORDER

JUAN R. SANCHEZ, J.

AND NOW, this **3rd** day of **March**, 2009, upon careful and independent consideration of the petition for Writ of *Habeas Corpus*, and after review of the Report and Recommendation of United States Magistrate Judge Linda K. Caracappa, IT IS ORDERED that:

1.    The Report and Recommendation is APPROVED and ADOPTED.

2.    The petition for Writ of *Habeas Corpus* is DENIED without prejudice.

3.    There is no probable cause to issue a certificate of appealability.

4.    The Clerk of Court shall mark this case closed for statistical purposes.

BY THE COURT:

JUAN R. SANCHEZ, J.